NUMBER 13-99-823-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


MARICELA LISCANO
, Appellant,


v.



NORTHERN COUNTY MUTUAL INSURANCE 

COMPANY, NOW KNOWN AS CHARTER 

COUNTY MUTUAL INSURANCE COMPANY
, Appellee.

____________________________________________________________________


On appeal from the 206th District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Hinojosa and

Rodriguez

Opinion Per Curiam


 Appellant, MARICELA LISCANO, perfected an appeal from a
judgment entered by the 206th District Court of Hidalgo County, Texas,
in cause number C-1558-98-D(1). After the record and briefs were filed,
the parties filed a joint motion to dismiss the appeal. In the motion, the
parties state that this case has been resolved and appellant no longer
wishes to prosecute this appeal. The parties request that this Court
dismiss the appeal.

 The Court, having considered the documents on file and the joint 
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 20th day of July, 2000.